IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEAN A. HAGEN,

    Plaintiff,

v.

CAROLYN COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-859-wmc

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Dean A. Hagen attorney fees and expenses in the amount of $10,358.78 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| | |
|---|---|
| s/ N. Nelson, Deputy Clerk | 01/29/2015 |
| Peter Oppeneer, Clerk of Court | Date |